# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FLESCH<br>   Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>   Defendant, | Case No. 2:17-cv-04933-CBM-AFM |

## ORDER

**IT IS HEREBY ORDERED** based on the Joint Stipulation for Dismissal entered into by the parties, the above-captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

Dated this 7th day of September, 2018.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE